UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO M. BOBADILLA SANTIAGO,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-cv-00531-CDB<br><br>ORDER DISCHARGING SANCTIONS ORDER AND REQUIRING DEFENDANT TO PAY SANCTIONS<br><br>(Docs. 10, 11)<br><br>**14-Day Deadline** |

On May 4, 2023, Plaintiff Mario M. Bobadilla Santiago ("Plaintiff") initiated this action in Superior Court of the State of California, County of Kern. (Doc. 1). Defendant Nissan North America, Inc. ("Defendant") removed the action to this Court on May 3, 2024. *Id.*

On May 6, 2024, the Clerk of the Court issued case opening documents. (Doc. 4). The documents included an order of the undersigned directing the parties to complete and return the provided "Consent / Decline of U.S. Magistrate Judge Jurisdiction" form within 14 days of removal of the action. (Doc. 4-1 at 2). The order further provided: "The parties are strongly encouraged to submit their consent forms before the filing of any motion, so the motion can be noticed before the proper judge. Failure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted." *Id.*

On May 21, 2024, Plaintiff filed a motion to remand. (Doc. 6). On June 3, 2024, Defendant filed an opposition to Plaintiff's motion. (Doc. 7). Because neither party complied with the Court's

order directing return of the aforementioned consent/decline forms, on June 5, 2024, the Court entered a minute order directing the parties to review the case opening documents, complete the consent/decline forms, and return them within five days.  (Doc. 8).  Although the undersigned is unable to review filed consent/decline forms, he is informed that Plaintiff timely complied with the Court's order.  *See* (Doc. 9).  More than five days passed since entry of the Court's order and Defendant failed to file a consent/decline form.  *See* Fed. R. Civ. P. 6(a)(1).

Accordingly, on June 12, 2024, the Court issued an order requiring Defendant to pay sanctions of $100 per day until Defendant files a consent/decline form.  (Doc. 10).  That same day, Defendant filed said form.  (Doc. 11).  In light of Defendant's expeditious filing of the consent/decline form, the Court perceives that Defendant understands the importance of timely complying with court orders and, thus, shall discharge further sanctions and shall impose a $100 sanction based on the Court's order.  (Doc. 10 at 3) ("Defendant's filing of the consent/decline form on the date of this order will not relieve Defendant of the sanction imposed commencing on this date").

Based on the foregoing, IT IS HEREBY ORDERED that:

Defendant shall pay the Clerk of the Court $100.00 in sanctions no later than June 27, 2024.  Defendant shall file proof of payment with the Court within three (3) days thereafter once payment is made.

And IT IS FURTHER ORDERED that if such payment and proof of payment is not timely made, additional sanctions of $50.00 per day shall issue from June 27, 2024, until full payment is received.

IT IS SO ORDERED.

Dated:  **June 13, 2024**                                            _____
                                                                     UNITED STATES MAGISTRATE JUDGE